supporting its assertion that the amount in controversy exceeds" the jurisdictional amount. *Id.* at 566. *Gaus* has been distinguished by our subsequent precedent, which holds that a district court may consider later-provided evidence as amending a defendant's notice of removal. *Cohn v. Petsmart, Inc.,* 281 F.3d 837, 839–40 & n. 1 (9th Cir.2002); *Singer v. State Farm Mut. Auto. Ins. Co.,* 116 F.3d 373, 376 (9th Cir.1997). The district court followed *Cohn* and *Singer,* which are consistent with the governing statute, 28 U.S.C. § 1653, and Supreme Court precedent. *Willingham v. Morgan,* 395 U.S. 402, 407, n. 3, 89 S.Ct. 1813, 23 L.Ed.2d 396 (1969).

**AFFIRMED.**

**Mai MOUA, Plaintiff—Appellant,**

v.

**Michael J. ASTRUE, Commissioner of Social Security, Defendant—Appellee.**

**No. 09–16043.**

United States Court of Appeals, Ninth Circuit.

Submitted May 13, 2010.*

Filed May 18, 2010.

John Vincent Johnson, Esquire, John V. Johnson, Chico, CA, for Plaintiff–Appellant.

Theophous H. Reagans, II, Esquire, Special Assistant U.S., Social Security Administration Office of the General Counsel,

San Francisco, CA, for Defendant–Appellee.

Before: SILVERMAN, FISHER and M. SMITH, Circuit Judges.

MEMORANDUM **

We affirm for the reasons given by the magistrate judge in his order filed April 14, 2009.

**AFFIRMED.**

**Karl SNOWDON; et al., Plaintiffs—Appellants,**

v.

**PREFERRED RV RESORT OWNERS ASSOCIATION, a Nevada corporation, DBA Preferred RV Resort; et al., Defendants—Appellees.**

**No. 09–15877.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted May 12, 2010.

Filed May 18, 2010.

Jason Bach, Esquire, Michael L. Mascarello, The Bach Law Firm LLC, Las Vegas, NV, for Plaintiffs–Appellants.

Brian F. Zimmerman, Zimmerman Goldman & Carson Ltd., Las Vegas, NV, Re-

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.